UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALTAZAR HERNANDEZ CHAN (A-Number: 221-489-705),<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,<br>Respondent. | No. 2:26-cv-01269-KES-FJS (HC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br>Docs. 1, 14 |

Petitioner Baltazar Hernandez Chan an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 16, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the habeas petition. Doc. 14 at 4. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* No objections were filed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having

carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations, Doc. 14, are ADOPTED.
2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.
3. If respondent seeks to re-detain petitioner Baltazar Hernandez Chan (A-Number: 221-489-705), respondent must hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which petitioner's eligibility for bond must be considered.[1]
4. The Clerk of Court is directed to close this case, terminate any pending motions as moot, and enter judgment for petitioner.

IT IS SO ORDERED.

Dated: November 5, 2026

UNITED STATES DISTRICT JUDGE

[1] This Order does not address the circumstances in which respondents may detain petitioner in the event he becomes subject to an executable final order of removal.